**JOHN L. BURRIS, Esq. (SBN 69888)**
**ADANTE D. POINTER, Esq. (SBN 236229)**
LAW OFFICES OF JOHN L. BURRIS
7677 OAKPORT STREET, SUITE 1120
Oakland, California 94621
Telephone: (510) 839-5200
Fax:           (510) 839-3882

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HUTCHERSON, TARASA GATES, and DONALD WALTON | Case No. C12-6481 KAW |
| Plaintiffs, | **REQUEST FOR DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; ARSHAD RAZZAK, individually and in his capacity as a City of San Francisco Police Officer; RAUL ELIAS, individually and in his capacity as a City of San Francisco Police Officer; fnu YICK, individually and in his capacity as a City of San Francisco Police Officer; fnu FORNERIS, individually and in his capacity as a City of San Francisco Police Officer; fnu MADRID, individually and in his capacity as a City of San Francisco Police Officer; City of San Francisco Police Officers; Does 1-50, inclusive; individually and in their official capacities as POLICE OFFICERS for THE CITY AND COUNTY OF SAN FRANCISCO | |
| Defendants. | |

Notice of Settlement & Request for Dismissal         1
**CASE NO.   C12-6481 KAW**

**TO THE COURT AND ALL PARTIES in the above–entitled action:**

The parties, by and through their respective counsel, have fully performed under the terms of the Settlement Agreement and General Release. Plaintiffs therefore respectfully request that future court dates in this action be vacated from the Court's calendar and this Court dismiss the matter with prejudice with each party bearing their own attorney's fees and costs.

Dated: <u>January 2, 2014</u>       Respectfully Submitted,

       /s/
**ADANTE D. POINTER**
Law Offices of John L. Burris
Attorneys for Plaintiffs

**ORDER**

**IT IS HEREBY ORDERED** that all future court dates in this action are vacated and that this action is dismissed with prejudice with each party bearing their own attorney's fees and costs.

1/3/14
Date

~~KANDICE A. WESTMORE~~
United States Magistrate Judge
KANDIS A. WESTMORE